# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0107
_____

DEPARTMENT OF CHILDREN AND
FAMILIES and STATEWIDE
GUARDIAN AD LITEM OFFICE,

   Appellants,

   v.

S.C., Father, and M.C., Mother,

   Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
David J. Oberliesen, Judge.

May 28, 2024

PER CURIAM.

   AFFIRMED.

ROBERTS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee; Andrew McGinley, Florida Department of Children and Families, Tallahassee; Sara Elizabeth Goldfarb and Amanda Victoria Glass, Florida Statewide Guardian ad Litem Program, Tallahassee; Richard Hinds, Children's Legal Services, Crestview, for Appellants.

Michael Ray Goodson. Fort Walton Beach; Stephen Joseph Ryan of Risen & Ryan, P.A., Fort Walton Beach; Kyle Steven Bauman of Anchors Smith Grimsley, Fort Walton Beach, for Appellees.